

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| GILBERT ROMO, | § | No. 08-16-00005-CV |
|  | § |  |
| Appellant | § | Appeal from the |
|  | § |  |
| V. | § | County Court at Law. No. 6 |
|  | § |  |
| NATIONSTAR MORTGAGE LLC, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC# 2015-CCV01112) |
|  | § |  |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellant, Gilbert Romo, has failed to file his brief or a motion for extension of time to file the brief, we dismiss the appeal for want of prosecution.

Appellant's brief was due to be filed on April 10, 2016. When Appellant did not file his brief, the Clerk of the Court notified Appellant that his brief was past due and no motion for extension of time had been filed. The letter advised Appellant that the Court intended to dismiss the appeal for want of prosecution unless Appellant responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). Appellant has not filed any response to the inquiry. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX.R.APP.P. 38.8(a)(1), 42.3(b), (c).

May 4, 2016

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.